4N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM BLACKMON**                                                                      **PLAINTIFF**

**VERSUS**                                                 **CAUSE NO. 4:17-CV-152-DMB-JMV**

**LIBERTY NATIONAL LIFE**
**INSURANCE COMPANY,**
**SHANNON BROWN, DONALD DAVIS,**
**JACQUELINE SMITH AND**
**JOHN DOES 1-20**                                                   **DEFENDANTS**

## AGREED ORDER

IT IS HEREBY ORDERED, on agreement of counsel for the other parties to this action, that Defendants Shannon Brown and Donald Davis, who are not yet represented in this matter, shall have additional time through January 15, 2018, to respond to the Amended Complaint of Plaintiff William Blackmon.

SO ORDERED on this the 19th day of December, 2017.

                                                 /s/ Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE

AGREED:

*/s/Lydia Roberta Blackmon*
LYDIA ROBERTA BLACKMON (MSB #8650)
ATTORNEY FOR PLAINTIFF WILLIAM BLACKMON

*/s/Sam S. Thomas*
SAM S. THOMAS (MSB #8307)
ATTORNEY FOR DEFENDANT LIBERTY NATIONAL
LIFE INSURANCE COMPANY